| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☒ Debtor(s) appearing without an attorney<br>☐ Attorney for Debtor(s) | FILED<br>SEP 2 5 2023<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION****

| In re: BRYAN ROCHA | CASE NO.: 23-16229-DS |
|---|---|
| | CHAPTER # 7 |
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☒ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☒ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 9/22/23    BRYAN ROCHA    _____
                 Printed name of Debtor 1         Signature of Debtor 1

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                     Printed name of Debtor 2          Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                    Page 2                    F 1002-1.EMP.INCOME.DEC

# NBCUniversal

NBCUniversal Media, LLC
100 Universal City Plaza
Universal City, CA 91608
855-474-6228

**PAYSLIP**

| | |
|---|---|
| Pay Frequency: | BA-Bi-weekly |
| Pay Begin Date: | Jul 1, 2023   **Check Date:** Jul 14, 2023 |
| Pay End Date: | Jul 14, 2023 |

Bryan Rocha
5073 Edgewood Place
Unit #4
Los Angeles, CA 90019

### EMPLOYEE INFO

| | |
|---|---|
| SSN: | ***-**-2646 |
| SSO ID: | 206569349 |
| Employee No: | 10137199 |

### EMPLOYEE TAX DATA

| | Federal | California |
|---|---|---|
| Filing Status: | Single | Single |
| Allowances: | 01 | |
| Addl. Percent: | | |
| Addl. Amount: | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,468.33 | 3,012.32 | 836.30 | 742.44 | 1,889.59 |
| YTD: | 48,152.54 | 42,213.73 | 11,760.56 | 10,377.42 | 26,014.56 |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Salary | | 80.00 | 3,468.33 | 1,120.00 | 48,152.54 |
| * ESPP Impute | | | 0.00 | | 265.37 |
| * Basic Life Ins | | | 3.44 | | 44.24 |
| * LTD Impute | | | 4.06 | | 52.42 |
| **Total** | | **80.00** | **3,468.33** | **1,120.00** | **48,152.54** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Withholding Tax(FED) | 401.42 | 5,667.99 |
| EE Social Security Tax(FED) | 206.33 | 2,888.69 |
| EE Medicare Tax(FED) | 48.25 | 675.58 |
| Withholding Tax(CA) | 150.34 | 2,108.97 |
| EE Disability Tax(CA) | 29.96 | 419.33 |
| **Total** | **836.30** | **11,760.56** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental | 8.05 | 104.65 |
| Medical | 66.71 | 867.23 |
| Vision | 2.32 | 30.16 |
| Health Care FSA | 70.84 | 920.82 |
| 401k - Comcast | 312.15 | 4,333.74 |
| **Total** | **460.07** | **6,256.60** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Supplemental Life Ins. | 21.59 | 278.78 |
| 401k Loan 1 - Comcast | 191.41 | 2,679.74 |
| ESPP Contribution | 69.37 | 963.10 |
| Voluntary Benefits | 0.00 | 199.20 |
| **Total** | **282.37** | **4,120.82** |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Bank transfer (ACH PPD) | ********3500 | 1,889.59 |

### SICK LEAVE BALANCE

| | SCK HRS GRT YTD | SCK HRS TKN YTD | SCK HRS AVAIL |
|---|---|---|---|
| Employee | UNLIMTED** | | |
| Family Member | 56.00 | 0.00 | 56.00 |

### MESSAGES

This payslip contains payment details for the period from 07/01/2023 to 07/14/2023
* For tax reporting purposes only - does not add to gross pay
** Payment adds directly to net pay - does not add to gross pay

For any inquires contact
Human Resources Connection (HRC)
855-HR4-NBCU (855-474-6228)
Hr.Connection@nbcuni.com

Page 1 of 1

# NBCUniversal

NBCUniversal Media, LLC
100 Universal City Plaza
Universal City, CA 91608
855-474-6228

| PAYSLIP | | | |
|---|---|---|---|
| Pay Frequency: | BA-Bi-weekly | | |
| Pay Begin Date: | Jul 15, 2023 | Check Date: | Jul 28, 2023 |
| Pay End Date: | Jul 28, 2023 | | |

Bryan Rocha
5073 Edgewood Place
Unit #4
Los Angeles, CA 90019

| EMPLOYEE INFO | |
|---|---|
| SSN: | ***-**-2646 |
| SSO ID: | 206569349 |
| Employee No: | 10137199 |

| EMPLOYEE TAX DATA | Federal | California |
|---|---|---|
| Filing Status: | Single | Single |
| Allowances: | 01 | |
| Addl. Percent: | | |
| Addl. Amount: | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,468.33 | 3,012.33 | 836.29 | 742.43 | 1,889.61 |
| YTD: | 51,620.87 | 45,226.06 | 12,596.85 | 11,119.85 | 27,904.17 |

## HOURS AND EARNINGS

| | | --- Current --- | | --- YTD --- | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Salary | | 80.00 | 3,468.33 | 1,200.00 | 51,620.87 |
| * ESPP Impute | | | 0.00 | | 265.37 |
| * Basic Life Ins | | | 3.44 | | 47.68 |
| * LTD Impute | | | 4.06 | | 56.48 |
| Total | | 80.00 | 3,468.33 | 1,200.00 | 51,620.87 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Withholding Tax(FED) | 401.42 | 6,069.41 |
| EE Social Security Tax(FED) | 206.33 | 3,095.02 |
| EE Medicare Tax(FED) | 48.25 | 723.83 |
| Withholding Tax(CA) | 150.34 | 2,259.31 |
| EE Disability Tax(CA) | 29.95 | 449.28 |
| Total | 836.29 | 12,596.85 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental | 8.05 | 112.70 |
| Medical | 66.71 | 933.94 |
| Vision | 2.32 | 32.48 |
| Health Care FSA | 70.83 | 991.65 |
| 401k - Comcast | 312.15 | 4,645.89 |
| Total | 460.06 | 6,716.66 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Supplemental Life Ins. | 21.59 | 300.37 |
| 401k Loan 1 - Comcast | 191.41 | 2,871.15 |
| ESPP Contribution | 69.37 | 1,032.47 |
| Voluntary Benefits | 0.00 | 199.20 |
| Total | 282.37 | 4,403.19 |

## NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Bank transfer (ACH PPD) | ********3500 | 1,889.61 |

## SICK LEAVE BALANCE

| | SCK HRS GRT YTD | SCK HRS TKN YTD | SCK HRS AVAIL |
|---|---|---|---|
| Employee | UNLIMTED** | | |
| Family Member | 56.00 | 0.00 | 56.00 |

## MESSAGES

This payslip contains payment details for the period from 07/15/2023 to 07/28/2023
* For tax reporting purposes only - does not add to gross pay
** Payment adds directly to net pay - does not add to gross pay

For any inquires contact
Human Resources Connection (HRC)
855-HR4-NBCU (855-474-6228)
Hr.Connection@nbcuni.com

Page 1 of 1

# NBCUniversal

NBCUniversal Media, LLC
100 Universal City Plaza
Universal City, CA 91608
855-474-6228

**PAYSLIP**

| | |  | |
|---|---|---|---|
| Pay Frequency: | BA-Bi-weekly | | |
| Pay Begin Date: | Jul 29, 2023 | Check Date: | Aug 11, 2023 |
| Pay End Date: | Aug 11, 2023 | | |

Bryan Rocha
5073 Edgewood Place
Unit #4
Los Angeles, CA 90019

**EMPLOYEE INFO**

SSN: ***-**-2646
SSO ID: 206569349
Employee No: 10137199

**EMPLOYEE TAX DATA**

| | Federal | California |
|---|---|---|
| Filing Status: | Single | Single |
| Allowances: | 01 | |
| Addl. Percent: | | |
| Addl. Amount: | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,468.33 | 3,151.21 | 892.94 | 742.44 | 1,832.95 |
| YTD: | 55,089.20 | 48,377.27 | 13,489.79 | 11,862.29 | 29,737.12 |

### HOURS AND EARNINGS / TAXES

| | | ---------- Current ---------- | | ---------- YTD ---------- | | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Salary | | 80.00 | 3,468.33 | 1,280.00 | 55,089.20 | Withholding Tax(FED) | 431.98 | 6,501.39 |
| * ESPP Impute | | | 138.89 | | 404.26 | EE Social Security Tax(FED) | 214.94 | 3,309.96 |
| * Basic Life Ins | | | 3.44 | | 51.12 | EE Medicare Tax(FED) | 50.27 | 774.10 |
| * LTD Impute | | | 4.06 | | 60.54 | Withholding Tax(CA) | 164.55 | 2,423.86 |
| | | | | | | EE Disability Tax(CA) | 31.20 | 480.48 |
| Total | | 80.00 | 3,468.33 | 1,280.00 | 55,089.20 | Total | 892.94 | 13,489.79 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS

| Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|
| Dental | 8.05 | 120.75 | Supplemental Life Ins. | 21.59 | 321.96 |
| Medical | 66.71 | 1,000.65 | 401k Loan 1 - Comcast | 191.41 | 3,062.56 |
| Vision | 2.32 | 34.80 | ESPP Contribution | 69.37 | 1,101.84 |
| Health Care FSA | 70.84 | 1,062.49 | Voluntary Benefits | 0.00 | 199.20 |
| 401k - Comcast | 312.15 | 4,958.04 | | | |
| Total | 460.07 | 7,176.73 | Total | 282.37 | 4,685.56 |

### NET PAY DISTRIBUTION / SICK LEAVE BALANCE

| | | | | SCK HRS GRT YTD | SCK HRS TKN YTD | SCK HRS AVAIL |
|---|---|---|---|---|---|---|
| Bank transfer (ACH PPD) | ********3500 | 1,832.95 | Employee | UNLIMTED** | | |
| | | | Family Member | 56.00 | 0.00 | 56.00 |

**MESSAGES**

This payslip contains payment details for the period from 07/29/2023 to 08/11/2023
* For tax reporting purposes only - does not add to gross pay
** Payment adds directly to net pay - does not add to gross pay

For any inquires contact
Human Resources Connection (HRC)
855-HR4-NBCU (855-474-6228)
Hr.Connection@nbcuni.com

Page 1 of 1

# NBCUniversal

NBCUniversal Media, LLC
100 Universal City Plaza
Universal City, CA 91608
855-474-6228

**PAYSLIP**

| | |
|---|---|
| Pay Frequency: | BA-Bi-weekly |
| Pay Begin Date: | Aug 12, 2023    Check Date: Aug 25, 2023 |
| Pay End Date: | Aug 25, 2023 |

Bryan Rocha
5073 Edgewood Place
Unit #4
Los Angeles, CA 90019

**EMPLOYEE INFO**
SSN: ***-**-2646
SSO ID: 206569349
Employee No: 10137199

**EMPLOYEE TAX DATA**

| | Federal | California |
|---|---|---|
| Filing Status: | Single | Single |
| Allowances: | 01 | |
| Addl. Percent: | | |
| Addl. Amount: | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,468.33 | 3,015.77 | 836.30 | 742.43 | 1,889.60 |
| YTD: | 58,557.53 | 51,444.16 | 14,326.09 | 12,604.72 | 31,626.72 |

### HOURS AND EARNINGS / TAXES

| Description | Rate | Hours (Current) | Earnings (Current) | Hours (YTD) | Earnings (YTD) | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Salary | | 80.00 | 3,468.33 | 1,360.00 | 58,557.53 | Withholding Tax(FED) | 401.42 | 6,902.81 |
| * ESPP Impute | | | 0.00 | | 404.26 | EE Social Security Tax(FED) | 206.33 | 3,516.29 |
| * Basic Life Ins | | | 3.44 | | 54.56 | EE Medicare Tax(FED) | 48.26 | 822.36 |
| * LTD Impute | | | 4.06 | | 64.60 | Withholding Tax(CA) | 150.34 | 2,574.20 |
| | | | | | | EE Disability Tax(CA) | 29.95 | 510.43 |
| **Total** | | 80.00 | 3,468.33 | 1,360.00 | 58,557.53 | **Total** | 836.30 | 14,326.09 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS

| Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|
| Dental | 8.05 | 128.80 | Supplemental Life Ins. | 21.59 | 343.55 |
| Medical | 66.71 | 1,067.36 | 401k Loan 1 - Comcast | 191.41 | 3,253.97 |
| Vision | 2.32 | 37.12 | ESPP Contribution | 69.37 | 1,171.21 |
| Health Care FSA | 70.83 | 1,133.32 | Voluntary Benefits | 0.00 | 199.20 |
| 401k - Comcast | 312.15 | 5,270.19 | | | |
| **Total** | 460.06 | 7,636.79 | **Total** | 282.37 | 4,967.93 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Bank transfer (ACH PPD) | ********3500 | 1,889.60 |

### SICK LEAVE BALANCE

| | SCK HRS GRT YTD | SCK HRS TKN YTD | SCK HRS AVAIL |
|---|---|---|---|
| Employee | UNLIMITED** | | |
| Family Member | 56.00 | 0.00 | 56.00 |

**MESSAGES**

This payslip contains payment details for the period from 08/12/2023 to 08/25/2023
* For tax reporting purposes only - does not add to gross pay
** Payment adds directly to net pay - does not add to gross pay

For any inquires contact
Human Resources Connection (HRC)
855-HR4-NBCU (855-474-6228)
Hr.Connection@nbcuni.com

Page 1 of 1

# NBCUniversal

NBCUniversal Media, LLC
100 Universal City Plaza
Universal City, CA 91608
855-474-6228

| PAYSLIP | |
|---|---|
| Pay Frequency: | BA-Bi-weekly |
| Pay Begin Date: | Aug 26, 2023 |
| Pay End Date: | Sep 8, 2023 |
| Check Date: | Sep 8, 2023 |

Bryan Rocha
5073 Edgewood Place
Unit #4
Los Angeles, CA 90019

### EMPLOYEE INFO
| | |
|---|---|
| SSN: | ***-**-2646 |
| SSO ID: | 206569349 |
| Employee No: | 10137199 |

### EMPLOYEE TAX DATA
| | Federal | California |
|---|---|---|
| Filing Status: | Single | Single |
| Allowances: | 01 | |
| Addl. Percent: | | |
| Addl. Amount: | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,468.33 | 3,015.76 | 836.29 | 742.44 | 1,889.60 |
| YTD: | 62,025.86 | 54,459.92 | 15,162.38 | 13,347.16 | 33,516.32 |

### HOURS AND EARNINGS / TAXES

| | | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Salary | | 80.00 | 3,468.33 | 1,440.00 | 62,025.86 | Withholding Tax(FED) | 401.42 | 7,304.23 |
| * ESPP Impute | | | 0.00 | | 404.26 | EE Social Security Tax(FED) | 206.33 | 3,722.62 |
| * Basic Life Ins | | | 3.44 | | 58.00 | EE Medicare Tax(FED) | 48.25 | 870.61 |
| * LTD Impute | | | 4.06 | | 68.66 | Withholding Tax(CA) | 150.34 | 2,724.54 |
| | | | | | | EE Disability Tax(CA) | 29.95 | 540.38 |
| Total | | 80.00 | 3,468.33 | 1,440.00 | 62,025.86 | Total | 836.29 | 15,162.38 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS

| Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|
| Dental | 8.05 | 136.85 | Supplemental Life Ins. | 21.59 | 365.14 |
| Medical | 66.71 | 1,134.07 | 401k Loan 1 - Comcast | 191.41 | 3,445.38 |
| Vision | 2.32 | 39.44 | ESPP Contribution | 69.37 | 1,240.58 |
| Health Care FSA | 70.84 | 1,204.16 | Voluntary Benefits | 0.00 | 199.20 |
| 401k - Comcast | 312.15 | 5,582.34 | | | |
| Total | 460.07 | 8,096.86 | Total | 282.37 | 5,250.30 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Bank transfer (ACH PPD) | ********3500 | 1,889.60 |

### SICK LEAVE BALANCE

| | SCK HRS GRT YTD | SCK HRS TKN YTD | SCK HRS AVAIL |
|---|---|---|---|
| Employee | UNLIMTED** | | |
| Family Member | 56.00 | 0.00 | 56.00 |

### MESSAGES
This payslip contains payment details for the period from 08/26/2023 to 09/08/2023
* For tax reporting purposes only - does not add to gross pay
** Payment adds directly to net pay - does not add to gross pay

For any inquires contact
Human Resources Connection (HRC)
855-HR4-NBCU (855-474-6228)
Hr.Connection@nbcuni.com

Page 1 of 1

# NBCUniversal

NBCUniversal Media, LLC
100 Universal City Plaza
Universal City, CA 91608
855-474-6228

**PAYSLIP**

| Pay Frequency: | BA-Bi-weekly | | |
|---|---|---|---|
| Pay Begin Date: | Sep 9, 2023 | Check Date: | Sep 22, 2023 |
| Pay End Date: | Sep 22, 2023 | | |

Bryan Rocha
5073 Edgewood Place
Unit #4
Los Angeles, CA 90019

### EMPLOYEE INFO
SSN: ***-**-2646
SSO ID: 206569349
Employee No: 10137199

### EMPLOYEE TAX DATA
| | Federal | California |
|---|---|---|
| Filing Status: | Single | Single |
| Allowances: | 01 | |
| Addl. Percent: | | |
| Addl. Amount: | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,468.33 | 3,015.77 | 836.30 | 742.43 | 1,889.60 |
| YTD: | 65,494.19 | 57,475.69 | 15,998.68 | 14,089.59 | 35,405.92 |

### HOURS AND EARNINGS / TAXES

| | | --- Current --- | | --- YTD --- | | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Salary | | 80.00 | 3,468.33 | 1,520.00 | 65,494.19 | Withholding Tax(FED) | 401.42 | 7,705.65 |
| * ESPP Impute | | | 0.00 | | 404.26 | EE Social Security Tax(FED) | 206.33 | 3,928.95 |
| * Basic Life Ins | | | 3.44 | | 61.44 | EE Medicare Tax(FED) | 48.26 | 918.87 |
| * LTD Impute | | | 4.06 | | 72.72 | Withholding Tax(CA) | 150.34 | 2,874.88 |
| | | | | | | EE Disability Tax(CA) | 29.95 | 570.33 |
| **Total** | | 80.00 | 3,468.33 | 1,520.00 | 65,494.19 | **Total** | 836.30 | 15,998.68 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS

| Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|
| Dental | 8.05 | 144.90 | Supplemental Life Ins. | 21.59 | 386.73 |
| Medical | 66.71 | 1,200.78 | 401k Loan 1 - Comcast | 191.41 | 3,636.79 |
| Vision | 2.32 | 41.76 | ESPP Contribution | 69.37 | 1,309.95 |
| Health Care FSA | 70.83 | 1,274.99 | Voluntary Benefits | 0.00 | 199.20 |
| 401k - Comcast | 312.15 | 5,894.49 | | | |
| **Total** | 460.06 | 8,556.92 | **Total** | 282.37 | 5,532.67 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Bank transfer (ACH PPD) | ********3500 | 1,889.60 |

### SICK LEAVE BALANCE

| | SCK HRS GRT YTD | SCK HRS TKN YTD | SCK HRS AVAIL |
|---|---|---|---|
| Employee | UNLIMITED** | | |
| Family Member | 56.00 | 0.00 | 56.00 |

### MESSAGES
This payslip contains payment details for the period from 09/09/2023 to 09/22/2023
* For tax reporting purposes only - does not add to gross pay
** Payment adds directly to net pay - does not add to gross pay

For any inquires contact
Human Resources Connection (HRC)
855-HR4-NBCU (855-474-6228)
Hr.Connection@nbcuni.com

Page 1 of 1